1
2
3
4
5
6
7
8
9
10
11
12
13
14

FILED
CLERK U.S. DISTRICT COURT
DEC 11 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

15  UNITED STATES OF AMERICA,           )   12-CR-01050-JFW
16           Plaintiff,                 )
                                        )   ORDER [OF DETENTION] [SETTING
17           v.                         )   CONDITIONS OF RELEASE] AFTER
                                        )   HEARING (18 U.S.C. §3148(b):
18  TIMOTHY DEAN BENFER                 )   (Allegations of Violation of Pretrial
                                        )   Conditions of Release)
19                                      )
            Defendant.                  )
20  _____)

21                                  A.

22       On motion of the Government involving an alleged violation of conditions

23  of pretrial release, and a warrant for arrest,

24                                  B.

25       The court finds there is:

26  (1)

27       (A)  ( )   Probable cause to believe that the defendant has committed a
                    Federal, State, or local crime while on release and/or
28       (B)  (X)   Clear and convincing evidence that the defendant has violated

| | | | | |
|---|---|---|---|---|
| 1 | | | | any other condition of release; and |
| 2 | (2) | (A) | (X) | Based on the factors set forth in 18 U.S.C. §3142(g), there is no |
| 3 | | | | condition or combination of conditions of release that will |
| 4 | | | | assure that the defendant will not flee or pose a danger to the |
| 5 | | | | safety or any other person or the community; or |
| 6 | | (B) | ( ) | The defendant is unlikely to abide by any condition or |
| 7 | | | | combination of conditions of release. |
| 8 | (3) | | ( ) | There is probable cause to believe that, while on release, the |
| 9 | | | | defendant committed a Federal, State, or local felony, and the |
| 10 | | | | presumption that no condition or combination of conditions |
| 11 | | | | will assure that the person will not pose a danger to the safety |
| 12 | | | | of any other person or the community has not been rebutted. |

OR

| | | | | |
|---|---|---|---|---|
| 14 | (4) | | ( ) | The court finds that there are conditions of release that will |
| 15 | | | | assure that the defendant will not flee or pose a danger to the |
| 16 | | | | safety any other person or the community, and that the |
| 17 | | | | defendant will abide by such conditions. <u>See</u> separate Order |
| 18 | | | | setting conditions. |
| 19 | | | ( ) | It is further ordered that this order is stayed for 72 hours in order |
| 20 | | | | to allow the Government to seek review from the assigned |
| 21 | | | | district judge or criminal duty district judge as appropriate. |
| 22 | /// | | | |
| 23 | /// | | | |
| 24 | /// | | | |
| 25 | /// | | | |
| 26 | /// | | | |
| 27 | /// | | | |
| 28 | /// | | | |

<u>OR</u>

C.

(X)   IT IS ORDERED defendant be detained prior to ~~trial~~ sentencing.

DATED: 12/11/2012

*John E McDermott*
UNITED STATES MAGISTRATE JUDGE